No. 2618. Llorens, Appellee, *v.* Galarza, Appellant.—

No. 2619. Galarza, Appellant, *v.* Llorens, Appellee.— District Court of Ponce. Injunctions to recover possession. Motions by appellees for dismissal. Decided December 22, 1921. It appearing that the appellants had done nothing to

perfect their appeals and the transcripts not having been filed in time, the motions were sustained. *Dismissed.*